# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ERNEST WILSON,**                       **CASE NO.: 8:19-cv-02372-WFJ-AAS**

       **Plaintiff,**

**vs.**

**BLUESTEM BRANDS, INC.**
**d/b/a GETTINGTON.COM and**
**d/b/a FINGERHUT,**

       **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ernest Wilson, and Defendant Bluestem Brands, Inc., hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 17th day of March, 2021.

| | |
|---|---|
| **/s/ Christopher Boss** | **/s/ Kimberly A. Koves** |
| Christopher Boss, Esq., FBN: 13183 | Kimberly A. Koves, Esq., FBN: 100282 |
| Boss Law | Ailen Cruz, Esq., FBN: 105826 |
| 2100 4th Street North | Guerra King P.A. |
| St. Petersburg, FL  33704 | 5505 West Gray St. |
| Telephone: 727-471-0039 | Tampa, FL 33609 |
| chris@bosslegal.com | Telephone: (813) 347-5100 |
| cp@bosslegal.com | Facsmile: (813) 347-5198 |
| *Attroneys for Plaintiff* | kkoves@guerraking.com |
| | acruz@guerraking.com |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2021, a true and correct copy of the above and foregoing was electronically filed via CM/ECF, which will electronically serve all counsel of record.

                                              **/s/ Kimberly A. Koves**
                                              Attorney